IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNEST R.D. BURBAGE, III,** | : | Civil No. 1:18-cv-0915 |
| **Plaintiff,** | : | |
| v. | : | |
| **BECHTOLD, WEBBER, and SULLEN,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is a report and recommendation filed by the magistrate judge following a legally-mandated screening review in which he conditionally grants Plaintiff leave to proceed *in forma pauperis*, but recommends that the complaint be dismissed without prejudice to plaintiff filing a new complaint that corrects the defects cited in the report. No objections to the report and recommendation have been filed.

After consideration of the report and recommendation and the applicable law, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation (Doc. 4) is **ADOPTED**.

2) The complaint is **DISMISSED** without prejudice to Plaintiff filling a new complaint correcting the defects cited in the report within 20 days of this order.

3) The case is remanded to the magistrate judge for any further proceedings.

                                                     s/Sylvia H. Rambo
                                                     SYLVIA H. RAMBO
                                                     United States District Judge

Dated: June 20, 2018